UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:17-cr-184-T-24AEP
46 U.S.C. §§ 70503(a), 70506

JHON JAIRO PALOMINO DIAZ,
EDGARDO NIETO LIDUENA, and
ALVARO ENRIQUE LLANES ROJAS.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date and continuing through on or about April 13, 2017, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

JHON JAIRO PALOMINO DIAZ,
EDGARDO NIETO LIDUENA, and
ALVARO ENRIQUE LLANES ROJAS,

each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly and willfully combine, conspire, and agree with each other and with other persons unknown to the Grand Jury, to distribute and possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a

2017 APR 20 AM 11:53
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA
FILED

Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b), and Title 21, United States Code, Section 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through on or about April 13, 2017, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

JHON JAIRO PALOMINO DIAZ,
EDGARDO NIETO LIDUENA, and
ALVARO ENRIQUE LLANES ROJAS,

each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly and intentionally, while aiding and abetting each other and other persons unknown to the Grand Jury, possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a), Title 18, United States Code, Section 2, and Title 21, United States Code, Section 960(b)(1)(B)(ii).

**FORFEITURES**

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Sections 853 and 881, Title 46, United States Code, Section 70507, and Title 28, United States Code, Section 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of Title 46, United States Code, Section 70503, the defendants,

JHON JAIRO PALOMINO DIAZ,
EDGARDO NIETO LIDUENA, and
ALVARO ENRIQUE LLANES ROJAS,

shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c), all property subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of Title 21, United States Code, Section 960, the defendants,

JHON JAIRO PALOMINO DIAZ,
EDGARDO NIETO LIDUENA, and
ALVARO ENRIQUE LLANES ROJAS,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: 
Diego F. Novaes
Assistant United States Attorney

By: 
Joseph K. Ruddy
Assistant United States Attorney
Chief, Narcotics Section

*T:_Cases\Criminal Cases\D\Diaz, Jhon Jairo Palomino_2017Rpend_DFN\p_indictment.docx*

FORM OBD-34
April 17

No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JHON JAIRO PALOMINO DIAZ,
EDGARDO NIETO LIDUENA, and
ALVARO ENRIQUE LLANES ROJAS

**INDICTMENT**

Violations: 46 U.S.C. §§ 70503(a), and 70506(a) and (b)
21 U.S.C. § 960(b)(1)(B)(ii)

A true bill,

Janice Sylvain
Foreperson

Filed in open court this 20th day

of April, 2017.

____________________________
Clerk

Bail $____________________

2017 APR 20 AM 11:53
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

FILED

GPO 863 525

*T:_Cases\Criminal Cases\D\Diaz, Jhon Jairo Palomino_2017Rpend_DFN\f_indictment back sheet.docx*